5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
DEC 10 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GILBERTO VERA | * |
| | * |
| VS. | *  CIVIL ACTION NO. B-98-149 |
| | * |
| CENTRA BENEFIT SERVICES, | * |
| HEALTH PLAN SERVICES | * |
| CORPORATION, ISPAT INLAND | * |
| STEEL INC., FORMERLY INLAND | * |
| STEEL CO. | * |

**ORDER GRANTING AGREED MOTION
TO EXTEND DEFENDANTS' DEADLINE TO
RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT**

CAME ON FOR CONSIDERATION, the Agreed Motion to Extend Defendants' Deadline to Respond to Plaintiff's Original Complaint, and the Court, after fully considering said Motion is of the opinion that it should be GRANTED; It is therefore

ORDERED, ADJUDGED and DECREED that the Agreed Motion to Extend Defendants' Deadline to Respond to Plaintiff's Original Complaint to Friday, December 18, 1998, is hereby GRANTED.

DONE at Brownsville, Texas, on this 10TH day of DEC, 1998.

_____
JUDGE PRESIDING