UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
P. O. DRAWER 31
500 E. 10TH ST., SUITE 234
BROWNSVILLE, TEXAS 78522

United States District Court
Southern District of Texas
ENTERED

DEC 10 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

CHAMBERS OF
JOHN WM. BLACK
MAGISTRATE JUDGE

December 10, 1998

PHONE (956) 548-2570

Mr. Louis S. Sorola
Attorney at Law
302 Kings Hwy., Ste. 112
Brownsville, TX 78521

Mr. Daniel D. Herink
RODRIGUEZ, COLVIN & CHANEY
P. O. Box 2155
Brownsville, TX 78522

Mr. Lawrence L. Summers
VEDDER, PRICE, KAUFMAN & KAMMHOLZ
222 North LaSalle Street
Chicago, Illinois 60601

RE: C.A. No. B-98-149 GILBERTO VERA V.
CENTRA BENEFIT SERVICES, ET AL

Counselors:

Please take notice that his case has been assigned by U.S. Judge Filemon B. Vela to the undersigned U.S. Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and General Order No. 80-5 of the United states District Court for the Southern District of Texas.

Counsels' attention is directed to the provision of 28 U.S.C. § 636(c)(1) which provide that the undersigned may, with the consent of all parties, conduct all further proceedings including trial and judgment. A form on which counsel can indicate consent is enclosed.

If ALL parties consent, please sign the consent form and return it to the clerk's office. DO NOT RETURN THIS FORM UNLESS IT HAS BEEN SIGNED BY ALL PARTIES.

YOU ARE FREE TO WITHHOLD CONSENT WITHOUT ADVERSE SUBSTANTIVE CONSEQUENCES.

An initial pretrial conference is set for January 28, 1999, 1:30 p.m., before the Honorable John Wm. Black in Brownsville, Texas (conference may be held telephonically if requested and all parties are in agreement and Court is notified in advance) at which time dates will set for:

1.  Discovery deadline;

2.  Conduct of the case including additional pretrial conferences, and hearings on motions;

3.  Filing a Joint Pretrial Order which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas;

4.  A final pretrial and settlement conference; and

5.  A trial on the merits.

THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADINGS. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED WILL RESULT IN DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION.

WHEN PREPARING AND FILING MOTIONS, counsel shall comply fully with Rule 6 of the Local Rules of the United States District Court for the Southern District of Texas. In particular, the District Clerk has been advised that no opposed motion will be filed unless it:
"contain[s] an averment that [t]he movant has conferred with the respondent and that counsel cannot agree about the disposition of the motion." Rule 6(A)(4)(b).

Very truly yours,

John Wm. Black
United States Magistrate Judge

JWB:lmv

===============================================================
UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS
===============================================================

GILBERTO VERA                    §
                                 §
                                 §
versus                           §   CIVIL ACTION NO. B98 149
                                 §
                                 §
CENTRA BENEFIT SERVICES, ET AL

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**John Wm. Black**

to conduct all further proceedings, including final judgment.

_____           _____
Date                                United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.