IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GILBERTO VERA | § |
| | § |
| Vs. | § |
| | § C.A. NO. B-98-149 |
| CENTRA BENEFIT SERVICES, HEALTH | § |
| PLAN SERVICES CORPORATION | § |
| ISPAT INLAND STEEL INC., | § |
| formerly INLAND STEEL CO. | § |

### ORDER DISMISSING CAUSE WITHOUT PREJUDICE

BE IT REMEMBERED that on this day came on to be considered the foregoing PLAINTIFF'S MOTION TO DISMISS CAUSE WITHOUT PREJUDICE and the Court after considering the same is of the opinion that the above-styled cause should be dismissed without prejudice;

IT IS, THEREFORE, ORDERED that the above-styled cause is dismissed without prejudice.

SIGNED, this 19th day of January, 1999.

_____
U.S. District Judge

4